```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

LEELAND MICHAEL LOCKETT § §
VS. § ACTION NO. 4:12-CV-221-Y
§
CAROLYN W. COLVIN, Action §
Commissioner of Social Security §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On August 23, 2013, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause and gave all parties until September 6 to serve and file with the Court written objections to his proposed findings, conclusions, and recommendation. No written objections have been received from either party. *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's decision for error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings consistent with the magistrate judge's decision.

SIGNED September 11, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE